# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANNETTE L. TURNER,<br>　　　　　　Plaintiff,<br>vs.<br>ELIZABETH NOZERO, et al.,<br>　　　　　　Defendants. | Case No. 2:11-cv-00190-PMP-PAL<br>**ORDER**<br>(IFP App - Dkt. #1) |

Plaintiff Annette L. Turner is proceeding in this action *pro se*, has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis,* and submitted a Complaint on February 3, 2011. This proceeding was referred to this court by Local Rule IB 1-9. Plaintiff's Application represents that in the past twelve months, Plaintiff has received income from "other sources." However, Plaintiff has not responded to the follow-up question asking her to "describe below or on separate pages each source of money and state the amount that [she] received and what [she] expects to receive in the future." As a result, the court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE.
2. The Clerk of Court shall mail Plaintiff a blank Application to Proceed *In Forma Pauperis* for non-incarcerated litigants.
3. Plaintiff shall complete the Application in full and file it with the court no later than **March 15, 2011.**

/ / /

4. Failure to comply with this Order will result in a recommendation to the District Judge that Plaintiff's Application be denied.

Dated this 14th day of February, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE