1

2

3

4

5               **UNITED STATES DISTRICT COURT**

6                    **DISTRICT OF NEVADA**

7   ANNETTE L. TURNER,                    )
                                          )      Case No. 2:11-cv-00190-PMP-PAL
8                        Plaintiff,       )
                                          )              **ORDER**
9   vs.                                   )
                                          )          (IFP App - Dkt. #4)
10  ELIZABETH NOZERO, et al.,             )
                                          )
11                       Defendants.      )
                                          )
    _____)

12

13          This matter is before the court on Plaintiff's failure to comply with the court's Order (Dkt. #3)

14  entered February 22, 2011.  Plaintiff Annette L. Turner is proceeding in this action *pro se* and has

15  requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*.  Previously, she

16  submitted a Complaint and an Application to Proceed *In Forma Pauperis* (Dkt. #1) on February 3,

17  2011.  The court denied Plaintiff's Application without prejudice because it was incomplete.  The

18  Application represented that in the past twelve months, Plaintiff received income from "other sources."

19  However, Plaintiff did not responded to the follow-up question asking her to "describe below or on

20  separate pages each source of money and state the amount that [she] received and what [she] expects to

21  receive in the future."  As a result, the court could not determine whether Plaintiff qualified to proceed

22  *in forma pauperis.*

23          Although Plaintiff filed another Application to Proceed *In Forma Pauperis* (Dkt. #4) on March

24  10, 2011, this Application is identical to the previous Application and does not describe the source or

25  amount of Plaintiff's "other income" as set forth in the court's previous Order (Dkt. #3).  Plaintiff shall

26  be permitted one final opportunity to complete an Application to Proceed *In Forma Pauperis* that

27  describes her other income, stating both the amount she received and what she expects to receive in the

28  future.

Accordingly,

**IT IS ORDERED:**

1.    Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #4) is DENIED WITHOUT PREJUDICE.

2.    The Clerk of Court shall mail Plaintiff a blank Application to Proceed *In Forma Pauperis* for non-incarcerated litigants.

3.    Plaintiff shall complete the Application in full and file it with the court no later than **April 15, 2011.**

4.    Failure to comply with this Order will result in a recommendation to the District Judge that Plaintiff's Application be denied.

Dated this 14th day of March, 2011.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE