UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNETTE L. TURNER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELIZABETH NOZERO, et al.,<br><br>　　　　　Defendants. | 2:11-CV-00190-PMP-PAL<br><br>**ORDER** |

　　　　Having read and considered Plaintiff's Motion for More Time (Doc. #24) filed February 22, 2012, and Defendants' Response in Opposition thereto (Doc. #25) filed February 23, 2012, and it appearing therefrom that Plaintiff has had exceptional extensions of time within which to retain counsel to represent her in this matter, and appears unable to do so, and good cause appearing,

　　　　**IT IS ORDERED** that Plaintiff's Motion for More Time (Doc. #24) is **DENIED**.

　　　　**IT IS FURTHER ORDERED** that Plaintiff shall have to and including **March 12, 2012** within which to file her response in opposition to Defendants' Motion to Dismiss (Doc. #21).  Failure to do so will result in Court granting Defendants' Motion to Dismiss.

DATED: February 27, 2012.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　　United States District Judge