UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNETTE L. TURNER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>POWER SERVICES, *et al.*,<br><br>　　　　Defendants. | 2:11-CV-00190-PMP-PAL<br><br>**<u>ORDER</u>** |

　　　　Before the Court for Consideration is Defendant Power Services' Motion to Dismiss Plaintiff's Amended Complaint (Doc. #35) filed June 30, 2012. Notwithstanding this Court's Order (Doc. #36) entered June 8, 2012, advising Plaintiff of her obligation to file a timely response to Defendants' Motion to Dismiss not later than June 24, 2012, Plaintiff has failed to do so.  As a result, Plaintiff consents to the granting of Defendants' Motion to Dismiss.

　　　　**IT IS THEREFORE ORDERED** that Defendant Power Services' Motion to Dismiss Plaintiff's Amended Complaint (Doc. #35) is **GRANTED**.

DATED: July 3, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　United States District Judge